May 15, 1984.

476 A.2d 83

Carletti, Appellant, v. City of Pittsburgh.

Argued February 28, 1984. Zan I. Hodzic, for appellant; John C. Thompson, Jr., for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

The order opening judgment is reversed and the judgment reinstated. The case is remanded with leave to appel-

lee to file a petition to open. For a maximum of 30 days after remand all actions in this case are stayed until such petition to open is filed. Jurisdiction relinquished.